IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA  RECEIVED

PRISONER COMPLAINT          2023 APR 12  A 10: 39
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

U.S. DIST. COURT
MIDDLE DISTRICT ALA.

JoSePh  Swanson
Name under which you were convicted

210432
Your prison number

CIVIL ACTION NO. 2:23cv209-MHT-CSC
(To be supplied by Clerk of Court)

vs.

Warden III. Joseph Headley
Name of Defendant(s)

Staton Correctional fACiLity, 2690 MArion SpiLLWAY Rd,
Place of Confinement and Address
ELMore, ALABAMA  36025

INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant.
Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your
complaint must be signed by you; no notary is required. Any false statement of material fact may
serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the
Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim
arose in this district. The Southern District of Alabama is comprised of the following counties:
Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry,
Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims
are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed
by the Court to be the only defendants to this action. A defendant's present address must be provided.
The Court is unable to serve process without the present address being furnished. The first defendant
listed in section III should be the defendant that you list in the style of your case on your complaint
form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

2

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
     Yes ( )     No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
     Yes ( )     No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)   I ˮ have Never file a LAWSuit !

1. Parties to this previous lawsuit:

Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

2. Court (if federal court, name the district; if state court, name the county): ___ N/A ___

3. Docket Number: ___ N/A ___

4. Were you granted the opportunity to proceed without payment of filing fees? N/A
Yes ( )   No ( )

5. Name of judge to whom the case was assigned: ___ N/A ___

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____ N/A _____

7. Approximate date of filing lawsuit: ___ MArch 17, 2023 ___

3

8. Approximate date of ruling by court: _____ N/A _____

II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: Staton Correctional facility

B. Date it occurred: ON Or Around December 10, 2022

C. Is there a prisoner grievance procedure in this institution? NO, the (DOC) stop ALL Grievance Procedure iN Alabama Prison's

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )      No (✓)   there is No grievance Procedure Period !

E. If your answer is YES:          N/A

1. What steps did you take? _____

2. What was the result? _____ N/A _____

F. If your answer is NO, explain why not: there is NO PrisoN grievance !

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

ON OR Around December 10, 2022 I" the petitioNer Was fast ASleep ! NOW, out of the blue A iNmate Who I" have Never Ever SAW" oR" tALK to by the Name of "ANtowN slaughter" used Hot Water from the MACKIOWAZE to cause seriously harm ! AS the PetitioNer WAS AttACKed iN his sleep AS the Warden fail to Protect the PetitioNer IN Violation of the 8th Amendment... AS, the Petitioner bning this "faiLure to Protect" claim AS there Was "NO" Officer iN the Dorm Period ! ANd petitioNer Was seriously harmed . . . . .

DeLiberate in diference

(a) Claim against this defendant: fAiLure to Protect CLaiM...

(b) Supporting facts (Include date/location of incident):

the Date IN QuestioN Was December 10, 2022. wheN the Petitioner Was burNed with Hot Water from MACKroWAZe iN (B) Dorm NO Officer Was iN the Dorm Period...

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: I'll have A Sex Case !!!!

2. When were you convicted? Angust 2003

3. What is the term of your sentence? Life

4. When did you start serving this sentence? August 16 2003

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: N/A

(b) Term of sentence: N/A

6. What is your expected end of sentence (E.O.S.) date? Life

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been: this do NOt CONcerN my convictions

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

Writ of habeas yes( ) no( )        yes( ) no( )      *N/A*
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your
conviction or sentence and the date: _____*N/A*_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument,
cite no cases or statutes):

*CoMPensatory DAMAges for $ 50,600 dollars !*

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the
facts set out in this complaint are true and correct.

*3/17/2023*
Date

*Joseph Swanson*
(Signature of Plaintiff Under Penalty of Perjury)

*Staton Correctional facility*
Current Mailing Address

*2690 Marion Spillway Rd*

*Elmore, ALABAMA 36025*

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN
HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE
COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR
FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

Joseph Swanson
AIS 210432
Bed BI-142A
2690 Marion Spillway Rd
Elmore, Al, 36025

Legal Mail



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 36025
02 7H
0006001061

$ 000.84⁰

APR 10 2023

Office of The Clerk
united States District Court
one church Street Suite B-110
montgomeot, Al, 36104-4018