IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSEPH SWANSON,                )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )       2:23cv209-MHT
                               )          (WO)
JOSEPH HEADLEY, Warden         )
III,                           )
                               )
     Defendant.                )
```

ORDER

Based on the notice of settlement in principle (Doc. 17), it is ORDERED that, by April 1, 2026, the parties shall file a joint stipulation of dismissal or other appropriate document based on the settlement, or if the settlement has not been consummated, a report on the status of the settlement.

This case remains administratively closed.

DONE, this the 16th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE