IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOSEPH SWANSON,           )
                          )
    Plaintiff,            )
                          )        CIVIL ACTION NO.
    v.                    )          2:23cv209-MHT
                          )             (WO)
JOSEPH HEADLEY, Warden    )
III,                      )
                          )
    Defendant.            )

ORDER

It is ORDERED that plaintiff's motion to dismiss without prejudice (Doc. 21) is denied as moot for the following reason.

In the motion to dismiss without prejudice, which plaintiff signed on March 25, 2026, he states that he has not yet received the settlement, and therefore asks for dismissal without prejudice. However, on April 1, 2026, the court received a joint stipulation of dismissal with prejudice, signed by plaintiff, "represent[ing] that this matter has been fully resolved pursuant to the terms set forth in the Full

and Final Settlement Agreement and Release, which has been signed by the parties." Joint Stipulation of Dismissal With Prejudice (Doc. 19). The court therefore concludes that the motion to dismiss without prejudice is moot.

DONE, this the 6th day of April, 2026.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE

2